UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Case No. 07mj2669 |
| v. | ) ) | |
| JANET GONZALEZ, | ) ) ) | CERTIFICATE OF SERVICE |
| Defendant. | ) ) ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

> United States Attorney's Office
> 880 Front Street
> San Diego, CA  92101

Dated:  November 19, 2007          /s/ Robert H. Rexrode, III
ROBERT H. REXRODE, III
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
robert_rexrode@fd.org